No. 97–6479. HOLLOWELL v. JOHNSON. C. A. 8th Cir. Certiorari denied.

No. 97–6480. EAST v. SEIDEMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6485. SOSA v. HINOJOSA ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6491. HOUSE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–6493. ROLLER v. TUGGLE. C. A. 11th Cir. Certiorari denied.

No. 97–6501. YUAN JIN v. UNIVERSITY OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 97–6504. MCCLAIN v. PRICE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6508. SPAZIANO v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 97–6509. POWELL v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–6511. THOMAS v. HILL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–6515. HILL v. OKLAHOMA. Sup. Ct. Okla. Certiorari denied.

No. 97–6516. TAVAKOLI-NOURI v. MITCHELL. Ct. Sp. App. Md. Certiorari denied.

No. 97–6517. BRUSH v. ARIZONA DEPARTMENT OF REVENUE ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6520. JAMES v. SCOTT, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6527. PEEPLES v. ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.